# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ~~Earnest~~ Cheng Lin, also known as "Alex Huang." | ) Case No. 26-CR-14 |
| ERNEST | ) |
| CMB | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ERNEST ~~Earnest~~ Cheng Lin, also known as "Alex Huang"
                                        MB

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(b)(1)(A) & (b)(1)(C) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine.

Date: January 23, 2026

Issuing officer's signature

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

City and state: Washington, D.C.

### Return

This warrant was received on (date) 1/23/26, and the person was arrested on (date) 1/28/26
at (city and state) LOS ANGELES

Date: 1/28/26

Arresting officer's signature

ZACHARY KOON   TFO
Printed name and title