**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-CR-14 (JDB)** |
| **v.** | : | |
| | : | |
| **ERNEST CHENG LIN,** | : | |
| also known as "Alex Huang," | : | |
| | : | |
| **and,** | : | |
| | : | |
| **CHANG HOON LEE,** | : | |
| also known as "Daniel Lee," | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the proposed protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion and they do not oppose the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY


By:    */s/ Michael L. Barclay*
       MICHAEL L. BARCLAY
       Assistant United States Attorney
       N.Y. Bar Reg. No. 5441423
       601 D Street, N.W., 5.230
       Washington, D.C. 20530
       (202) 252-7669
       michael.barclay@usdoj.gov

2